IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cr-00085-BCW-1 |
| | ) | |
| ROBERT McCLENTON, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation (Doc. #25) regarding the judicial determination of the mental competency of Defendant Robert McClenton.

Based on the Forensic Evaluation (Doc. #22) submitted by Forensic Psychologist Robin Watkins for the defendant, Robert McClenton, and there being no challenge to the findings of this report by either party, the Court finds that defendant Robert McClenton is not presently suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: January 17, 2018

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT